**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAAC MORALES SOTO,<br><br>Defendant | Case No.: 26-CR-0985-LL<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Defendant, Isaac Morales Soto, in this case is dismissed without prejudice.

SO ORDERED.

DATED: September 25, 2026

HONORABLE LINDA LOPEZ
UNITED STATES DISTRICT JUDGE